■ ANTHONY VALVO et al., Respondents, v LOYAL ORDER OF MOOSE 1614, Appellant. (Appeal No. 2.) [788 NYS2d 917]—Appeal from an order of the Supreme Court, Erie County (Peter J. Notaro, J.), entered June 8, 2004. The order, insofar as appealed from, directed plaintiffs to file a note of issue and statement of readiness by September 1, 2004 and denied defendant's cross motion to compel plaintiff Anthony Valvo to submit to a vocational interview and exam.

■ ANTHONY VALVO et al., Respondents, v LOYAL ORDER OF MOOSE 1614, Appellant. (Appeal No. 3.) [788 NYS2d 915]—Appeal from an order of the Supreme Court, Erie County (Peter J.

Notaro, J.), entered June 8, 2004. The order denied defendant's motion to compel discovery.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously reversed on the law without costs and the motion is granted.

Same memorandum as in *Valvo v Loyal Order of Moose 1614* (15 AD3d 1008 [2005]). Present—Scudder, J.P., Kehoe, Martoche, Smith and Lawton, JJ.